IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS L. KALTENBRONN, D.C., et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. **07-052-MJR** |
| | ) |
| **LIBERTY MUTUAL INSURANCE** | ) |
| **COMPANY and LIBERTY MUTUAL** | ) |
| **FIRE INSURANCE COMPANY,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsel's Motion to Withdraw **(Doc. 30)** is **GRANTED.**[1]

Paul M. Weiss is granted leave to withdraw as counsel for plaintiffs.

Jeffrey A.J. Millar and Robert W. Schmieder, II, remain as counsel of record for plaintiffs.

**IT IS SO ORDERED.**

**DATED: May 17, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**

---

[1] The motion is nominally filed by the law firm of Freed & Weiss LLC.  Because parties in this court are represented by individual attorneys, and not by law firms, the court deems this to be a motion brought by counsel of record.